IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>GREGORY HEWITT LAHR<br><br>DEBTOR<br>(SS# XXX-XX- 5035) | § § § § § § § § § | CASE NO. 16-10024<br><br>Chapter 7 |
| BRIAN VODICKA AND STEVEN AUBREY<br><br>VS.<br><br>GREGORY H. LAHR | § § § § § § § § § § § | ADVERSARY NO. _____ |

**EXHIBIT B**
**DECLARATION OF DR. ALEXANDRA KROT**

My name is Alexandra Krot. My date of birth is April 25, 1941, and my address is 169 Bassett Place, Bloomfield Hills, Michigan 48301 United States of America. I declare under penalty of perjury that the following is true and correct.

1. I was a retired radiation oncologist and upon retirement moved to Florida. Since I was destroyed also financially by the land frauds, both in Florida and in Texas at the Wildhorse Ranch, I had to go back to work to pay my basic costs of living expenses.

2. Victor Wolf and Natalia Wolf introduced me to the Wildhorse Ranch projects. Like the Plaintiffs Vodicka and Aubrey, I also was swindled in the Wildhorse Ranch. The Plaintiffs fell victim to the same scheme almost a year after I invested in the Wildhorse Ranch. Victor Wolf and Natalia Wolf are now listed as an FBI Most Wanted criminal fugitive.

3. In October 2013, I watched CNBC's national television series American Greed: "From Russia With Lies" and saw the FBI interviewed and first became aware, approximately eight (8) years later, that Victor Wolf and Natalia Wolf were fictitious names. On this program, the FBI asked the public for any assistance or knowledge regarding the whereabouts of the fugitives using the names Victor and Natalia Wolf.

4. The Wildhorse Ranch consisted of, among other, Sky Station and Sky Line developments. Victor Wolf used bogus marketing materials which caused me to commit monies to the Texas project called the Wildhorse Ranch.

5. After they swindled my brother, Alexander Krot III and me, out of hundreds of thousands of dollars, the Russian principals, including but not limited to, Victor Wolf, Natalia Wolf, Vitaly

Zaretsky, Oleg Zaretsky, Eugene Borokhovich (who I now understand also has many other names), Boris Serebro, and others, changed the entity name of the 200 acres from Sky Station 200 LP to J&T Development Group to try to prohibit me from placing a Lis Pendens on the land. Sky Station 200 LP was a dummy company used to procure other people's money. J&T Development Group LP was another shell or dummy company used to procure loans as well as investors

6. The new shell, or "dummy" company name was J&T Development Group LP. J&T was just another front company used by the Russians, Gregory Lahr, Peter Barlin, Sandra Gunn, Jeff Turner, Fidelity Title, North American Title and some of their lawyers to effect their illegal land and loan transactions.

7. To my knowledge while I was seeking and obtaining legal counsel in Texas, an $11 million loan was obtained from Bernard National Loan Investors, a Cayman Islands entity using the same 200 acres as collateral. I filed suit in late November 2006, and filed a Lis Pendens on the property. This same 200 acres was first used to lure me into the development as Sky Station 200 LP. Then the same 200 acres was then used to obtain multi-million dollar loans by J&T Development Group LP; then again used to obtain an $11 million loan by Waterfall Gallery of Austin L.P.

8. I think at one point I counted up to approximately 32 shell, dummy, or other "companies" used in the Wildhorse Ranch alone. The multiple shell companies used by Sky Development Group in Florida and in Del Valle, Texas were numerous as well. All Title & Trust was not only a dummy company, it was a fake title company. I remember reading two specific articles, amongst many, in Florida newspapers titled:

   "Fake Title Companies - Do they exist?
   "Citrus Springs land fraud investigation may span the globe."

9. It has been 10 years since my life was destroyed by Victor Wolf's, Natalia Wolf, Gennady Borokhovich, Vitaly Zaretsky, former Soviet Union Colonel Oleg Zaretsky's, and many others, Sky Development Group (including the Wildhorse Ranch in Texas). I now know that the fraud did, in fact, span the entire globe.

10. There are an estimated 100,000 records of this case. I have personally seen dozens and dozens of banker's boxes with thousands of documents and records of this land fraud in the Wildhorse Ranch.

11. It is common public knowledge throughout Florida, Texas, and Brooklyn through mass media print and television audiences across the globe (especially after CNBC's American Greed 1- hour episode: "From Russia With Lies" in 2013 and The Moscow Times, Moscow, The Russian Federation), that Sky Development Group was the Russian mafia's operations in the United States of America."

12. Three agents of the Federal Bureau of Investigation travelled from south Florida to meet me at my Florida residence at the time in Winter Park, Florida and informed me that Victor Wolf and Natalia Wolf, the exact same Victor & Natalia Wolf involved in the Wildhorse Ranch were wanted by Interpol. At that time, they did NOT tell me that Victor Wolf was an alias name and Natalia Wolf was also an alias name.

13. It was not until many years later when CNBC aired its television episode on American Greed: "From Russia With Lies" that I became aware the names of both Victor & Natalia Wolf were not the true and correct names of these two people.

EXECUTED in Oakland County, State of Michigan on this 23rd day of March 2016.

_____
Dr. Alexandra Krot