Page 1 of 7

2039.0
BOROKHOVICH,
GENNADY

**EXPERIAN Credit Profile Report**
EXPERIAN
701 Experian Parkway, P.O. Box 2002
Allen, TX 75013-0036
1-888-397-3742
Date Reported: 8/19/2006

## Personal Information

| | | | |
|---|---|---|---|
| Name: | GENNADY BOROKHOVICH | Date of Birth: | 1963 |
| SSN: | | Phone: | |
| Address: | | | |
| Reported On: | 6/1/2003; Reported via A/R tape | | |
| Last Updated Date: | 2/1/2006 (17) | Last Subcode: | 1240000 |
| Address: | 2027 EMIUMS AVE | | |
| | BROOKLYN NY 11235 | | |
| Reported On: | 2/1/2005; Reported via A/R tape, but different from inquiry | | |
| Last Updated Date: | 2/1/2005 (0) | Last Subcode: | |
| Address: | 2027 EMMONS AVE | | |
| | BROOKLYN NY 112352781 | | |
| Reported On: | 11/1/2004; Reported via A/R tape, but different from inquiry | | |
| Last Updated Date: | 11/1/2004 (1) | Last Subcode: | |
| AKA | | SSN | |
| GEMNAGY DORABORAKHOVICH | | | |
| BOROKHOVICH GENNADY | | | |

## Employment Information

| | | |
|---|---|---|
| Company Name: BAYROCK | Date Hired: | Occupation: |
| 725 FIFTH AVE 24 FL | Date Reported: 8/1/2005 | Income: |
| NEW YORK NY | Separation Date: | |
| Company Name: DENICA ENTERPRISES INC | Date Hired: | Occupation: |
| 2224 AVE U | Date Reported: 6/1/2004 | Income: |
| BROOKLYN NY | Separation Date: | |

## Report Summary

| | | | | | |
|---|---|---|---|---|---|
| Total # of Trades: | 39 | 30 Days: | 1 | Accounts Balance: | |
| Current Trades: | 36 | 60 Days: | 1 | Mnthly Payment: | |
| Unrated Trades: | N/A | 90+ Days: | 0 | Credit Limit: | |
| Curr Neg Trades: | 0 | Inquiries: | 29 | High Credit: | |
| Hist Neg Trades: | 3 | Inq. last 6 mnths: | 1 | Total Real Est. Bal.: | |
| No. of Accts Paid: | 24 | Public Records: | 0 | Total Rev. Bal.: | |
| Curr Past Due: | N/A | Collections: | 0 | Tot. Installment Bal.: | |
| Amount Past Due: | $0 | Oldest Trade: | 10/1/1997 | Available %: | |

## Scorecards

```
Scorecard:  National Risk Model
Score:      79
Reasons:    (04) Number of credit inquiries
            (08) Presence of non-satisfactory rating on accounts or lack of open accounts
            (13) Number of recently opened retail accounts
            (23) Existing balances on mortgage accounts or lack of mortgage accounts

Scorecard:  Experian/Fair Isaac Auto Loan Model V2
Score:      708
Reasons:    (14)
            (11)
            (08)
            (06)
```

## Trade Lines

| Firm Name/ID / Account Number / KOB / Status | Opened Reported Acct. Type | Credit Limit High Credit Chargeoff Lst Paymnt | Balance Past Due Orig. Amt. Closed Ind. | MoPmnt MoRep Date Closed | 30 Pattern | 60 | 90 |
|---|---|---|---|---|---|---|---|
| GREEN POINT SAVINGS/ ▆▆▆▆ Savings (Conventional Real Estate Loan, Including Purchase Money First) (05) Account transferred to another office. (31) Transferred to another lender or claim purcha | | | | | | | |
| GREEN POINT SAVINGS/ ▆▆▆▆ Savings (Conventional Real Estate Loan, Including Purchase Money First) (05) Account transferred to another office. (31) Transferred to another lender or claim purcha | | | | | | | |
| GREEN POINT SAVINGS/ ▆▆▆▆ Savings (Conventional Real Estate Loan, Including Purchase Money First) (05) Account transferred to another office. (31) Transferred to another lender or claim purcha | | | | | | | |
| NBGL/SAKS 5TH AVE/ ▆▆▆▆ Complete (Revolving Charge Account) (05) Account transferred to another office. | | | | | | | |
| CITI/1240000 ▆▆▆▆ Bank (Credit Card, Terms REV) (11) This is an account in good standing. (19) Credit line closed-consumer request-reported | | | | | | | |
| CITI/1240000 ▆▆▆▆ Bank (Credit Card, Terms REV) (62) Paid account/was a collection account, insurar government claim or was terminated by default. (78) Customer disputed account-reported by subsc | | | | | | | |
| MERCEDES-BENZ FINANCIA/ ▆▆▆▆ Automobile (Lease) | | | | | | | |

| Firm Name/ID<br>Account Number<br>KOB<br>Status | Opened<br>Reported<br>Acct-Type | Credit Limit<br>High Credit<br>Chargeoff<br>Lst Paymnt | Balance<br>Past Due<br>Orig. Amt.<br>Closed Ind | MoPmnt<br>MoRep<br>Date Closed<br>Owner | 30  60  90<br>Pattern<br>Terms<br>CC |
|---|---|---|---|---|---|
| (51)Paid account/was 30 days past due date. | | | | | |
| COUNTRYWIDE HOME LOANS<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(51)Paid account/was 30 days past due date. | | | | | |
| MERCEDES-BENZ FINANCIA/<br>Automobile (Lease)<br>(12)Account/paid satisfactorily. | | | | | |
| CITI/1260847<br>Bank (Credit Card, Terms REV)<br>(12)Account/paid satisfactorily.<br>(19)Credit line closed-consumer request-reported | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GREEN POINT SAVINGS/<br>Savings (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| AMERICAS SERVICING CO/<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |





| Firm Name/ID<br>Account Number<br>KOB<br>Status | Opened<br>Reported<br>Acct Type | Credit Limit<br>High Credit<br>Chargeoff<br>Est. Paymnt | Balance<br>Past Due<br>Orig. Amt<br>Closed Ind | MoPmnt<br>MoRep<br>Date Closed<br>Owner | 30 60 90<br>Pattern<br>Terms |
|---|---|---|---|---|---|
| AMERICAS SERVICING CO ▮<br>▮<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| COUNTRYWIDE HOME LOANS/ ▮<br>▮<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| HSBC/SAKS/ ▮<br>▮<br>Finance (Revolving Charge Account)<br>(12)Account/paid satisfactorily. | | | | | |
| CHASE MANHATTAN MTGE/ ▮<br>▮<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| GMAC MORTGAGE CORP/ ▮<br>▮<br>Mortgage (Conventional Real Estate Loan, Including Purchase Money First)<br>(12)Account/paid satisfactorily. | | | | | |
| AMEX/ ▮<br>▮<br>Bank (Credit Card, Terms REV)<br>(12)Account/paid satisfactorily.<br>(19)Credit line closed-consumer request-reporte | | | | | |
| DISCOVER FIN SVCS LLC/ ▮<br>▮<br>Bank (Credit Card, Terms REV)<br>(12)Account/paid satisfactorily.<br>(19)Credit line closed-consumer request-reporte | | | | | |
| CHASE/ ▮<br>▮<br>Bank (Credit Card, Terms REV)<br>(11)This is an account in good standing. | | | | | |
| GEMB/GAP/ ▮<br>▮<br>Sales (Revolving Charge Account)<br>(11)This is an account in good standing. | | | | | |
| CITIBANK NA/ ▮<br>▮<br>All (Check Credit Or Line Of Credit)<br>(11)This is an account in good standing. | | | | | |

https://www.creditcommander.com/style1/autoprint.asp

8/19/2006

AUBREY-IND.BANK 000366

| Firm Name/ID Account Number KOB Status | Opened Reported Acct. Type | Credit Limit High Credit Chargeoff Lst. Paymnt | Balance Past Due Orig. Amt. Closed Ind | MoPmnt MoRep Date Closed Owner | 30 60 90 Pattern Terms |
|---|---|---|---|---|---|
| CITIBANK/CONS CREDIT/1100774 All (Check Credit Or Line Of Credit) (11)This is an account in good standing. | 10/1/1997 8/1/2006 Revolving | $6,000 $6,000 7/24/2006 | $0 open | 99 Individual | 0 0 0 0000000000CCC CCCCC00000CC CC Revolving |
| CITIBANK/CONS CREDIT/ All (Check Credit Or Line Of Credit) (11)This is an account in good standing. | | | | | |
| CITIBANK N A Personal (Credit Line Secured, Revolving) (11)This is an account in good standing. | | | | | |
| CITIMORTGAGE INC/ Personal (Conventional Real Estate Loan, Including Purchase Money First) (11)This is an account in good standing. | | | | | |
| CITIBANK NA All (Check Credit Or Line Of Credit) (11)This is an account in good standing. | | | | | |
| AMEX/ Bank (Credit Card, Terms REV) (11)This is an account in good standing. | | | | | |
| AMEX/ Bank (Credit Card, Terms REV) (11)This is an account in good standing. | | | | | |
| BMW FINANCIAL SERVICES/ Automobile (Lease) (11)This is an account in good standing. | | | | | |
| BMW FINANCIAL SERVICES/ Automobile (Lease) (11)This is an account in good standing. | | | | | |
| CBUSASEARS/ Bank (Credit Card, Terms REV) (11)This is an account in good standing. | | | | | |
| CITIBANK/CONS CREDIT/ All (Check Credit Or Line Of Credit) (11)This is an account in good standing. | | | | | |
| WFNNB/VICTORIAS SECRET/1348810 | | | | | |



https://www.creditcommander.com/style1/autoprint.asp         8/19/2006

AUBREY-IND.BANK 000367

| Firm Name/ID | Opened | Credit Limit | Balance | MoPmnt | 30 | 60 | 90 |
| Account Number: | Reported | High Credit | Past Due | MoRep | Pattern | | |
| KOB | Acct. Type | Chargeoff | Orig. Amt | Date Closed | | | |
| Status | | 1st Paymnt | Closed Ind | Owner | Terms | | |

(Department (Revolving Charge Account))
(11) This is an account in good standing.

## Inquiries

| Date | Subscriber Name |
|---|---|
| 5/23/2006 | CITIBANK |
| 1/26/2006 | CITIBANK |
| 1/19/2006 | LANDAMERICA CREDIT SVC |
| 12/22/2005 | FIRST USA, NA |
| 12/22/2005 | RECOVERY ASSOCIATES IN |
| 12/21/2005 | CITIBANK |
| 12/9/2005 | CITIBANK |
| 11/29/2005 | LANDAMERICA CREDIT SVC |
| 11/11/2005 | KROLL FACTUAL DATA/060 |
| 8/20/2005 | BMW FINANCIAL SERVICES |
| 8/17/2005 | BMW FINANCIAL SERVICES |
| 8/17/2005 | CITIBANK |
| 8/17/2005 | RECOVERY ASSOCIATES IN |
| 7/28/2005 | UNITED COLLECT BUR INC |
| 4/6/2005 | UNITED SCREENING SVCS |
| 3/24/2005 | CHASE |
| 2/1/2005 | LIDA CREDIT AGENCY |
| 1/11/2005 | SAFERENT |
| 12/24/2004 | CITIBANK |
| 11/18/2004 | CBCINNOVIS |
| 11/17/2004 | CITIBANK |
| 11/9/2004 | PLATINUM CREDIT SERVIC |
| 10/19/2004 | CIS INC |
| 10/18/2004 | LSI CREDIT SERVICES |
| 10/14/2004 | V N B |
| 9/10/2004 | GREEN POINT MORTGAGE F |
| 9/8/2004 | PLATINUM CREDIT SERVIC |
| 8/17/2004 | PLATINUM CREDIT SERVIC |
| 8/16/2004 | CBCINNOVIS |

**Warning Messages**

Reported via A/R tape, but different from inquiry

Reported via A/R tape, but different from inquiry



AUBREY-IND.BANK 000368