Monday 7-21-08                                                        1/2

Mark Knutson - Point West Properties
            415-5437

met Zaretsky 1 yr ago - Greg Lahr asked
Mark to contact Zanetzsky some time
ago - Greg Lahr asked Mark to contact
Zanetzsky some time ago - Greg is a friend
+ minor investor in some of Marks' deals.
   - Pioneer @ Walnut Creek   12.5%
   - 300 acre land dev project - onion creek  -5%
   - 12.5% in another deal

Mark had dinner last night with Greg Lahr - Greg
said that

AUBREY-IBC BANK 05364

①

Mark Knudson

Last Friday Greg said he lost his hearing that on the 28th the stay will be lifted + posted for September foreclosure.

Mark - also plans to call Ft. Worth Nat.

Ft Worth - Bruce Davis - former CEO
Compass - couldn't name loan officer (hadn't talked to him in 6 mos.)
Independent Bank - Denny Buchana
~~[scribbled out]~~
Bank of Texas → have borrowed $, again could not name, then
George Boyd

Talked to Greg's appraiser this AM Vance E. Powell III
- good at defending his appraisal
but, if no Parmer Ln. extention, then assumptions will change and no longer a commercial property and will be residential or farm.

AUBREY-IBC BANK 05365



Henry Stewart - Partner -

Bruce Morrison - R/E attorney - meeting today @ 3:30pm

Said he is trying to buy FT. Worth's note.
FT. Worth purchased by South Side Bancorp @ Tyler Tx
- don't like this deal

Knows Charlie + Doug very well
" " " got property from Pete

---

Doug - did little RTC deals, financed w/ Horizon
Henry Stewart - is real pn Doug -
↳ took a run at buying all of wildhorse in 2003
- Bruce Morrison represented Stewart

**AUBREY-IBC BANK 05366**

Monday
7-21-08

Doug + Charlie

Sasha & Barbara in to see Doug & Charlie today

Sasha: Do you think the bank would consider giving up some part of their collateral .... just because the bank is so over collateralized.

Doug told them they were crazy.

AUBREY-IBC BANK 05367