# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 16–10024–hcm
Chapter No.: 7

IN RE: **Gregory Hewitt Lahr**, Debtor(s)

Adversary Proceeding No.: 16–01031–hcm
Judge: H. Christopher Mott

**Steven Benton Aubrey et al.**
Plaintiff

v.

**Gregory Hewitt Lahr**
Defendant

## ORDER TO PERFECT SERVICE

   It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

Gregory Hewitt Lahr

Failure to do so will result in dismissal for want of prosecution.

Dated: 4/28/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Perfect Service Order (AP)] [OpsAPap]

United States Bankruptcy Court
Western District of Texas

Aubrey,
    Plaintiff             Adv. Proc. No. 16-01031-hcm

Lahr,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: miillers     Page 1 of 1     Date Rcvd: Apr 28, 2016
                 Form ID: 190     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2016.
dft         +Gregory Hewitt Lahr,    7002 Cassye Cove,    Austin, TX 78759-3773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2016 at the address(es) listed below:
         Brian Edward Vodicka     on behalf of Plaintiff Brian E Vodicka vodicka100@gmail.com
         Brian Edward Vodicka     on behalf of Plaintiff Steven Benton Aubrey vodicka100@gmail.com
         Ron Satija     info@satijatrustee.com,
         rsatija@satijatrustee.com;ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com
                                                                                                TOTAL: 3